

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00403-CR

**EX PARTE ROBERTO GOMEZ**

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4115
Honorable Andrew Carruthers, Judge Presiding

PER CURIAM

Sitting:       Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  October 5, 2016

APPEAL DISMISSED AS MOOT

This appeal arises from the denial of appellant's pretrial writ of habeas corpus seeking relief from excessive bail.  On September 23, 2016, appellant's attorney notified this court that the appeal is now moot because appellant subsequently posted bond and was released, and, at the announcement of trial on September 16, 2016, appellant failed to appear.  Given the nature of this appeal, the appeal is now moot.  *See Ex parte Polasek*, 04-15-00590-CR, 2015 WL 7566236, at *1 (Tex. App.—San Antonio Nov. 25, 2015, no pet.) (same).  Therefore, we dismiss the appeal as moot.

PER CURIAM

Do not publish